

**FILED**

JAN 2 8 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20MJ0365 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute |
| TRAVIS WALD, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

Count 1

On or about January 20, 2020, within the Southern District of California, defendant TRAVIS WALD, did knowingly and intentionally possess with intent to distribute, 5 grams and more, to wit: approximately 44.31 grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Michael P. McCready, Special Agent, FBI

Sworn to before me and subscribed in my presence, this ___28___ day of January, 2020.

_____
HONORABLE BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Michael P. McCready, declare under penalty of perjury, the following is true and correct:

On January 20, 2020, at approximately 1:15 p.m., two San Diego Sheriff's Deputies responded to a radio call at the Days Inn located at 517 West San Marcos Boulevard in the City of San Marcos to investigate a report of a disturbance. Per the text of the call, the Deputies learned there was a male subject at the Days Inn who was possibly under the influence of a controlled substance or alcoholic beverage, and he was refusing to check out of the motel. The male subject was described as a white male, approximately 35 years old, 5'11", 150 pounds, and wearing all black clothing, which possibly could have been motorcycle gear.

Upon arrival at the Days Inn, a Deputy broadcast over the radio that two subjects were leaving the motel. The other Deputy observed a black Mercedes Benz drive out of the motel, followed by a white male subject on a blue motorcycle. The male subject was wearing a black motorcycle suit that matched the description given in the call. The motorcycle and the Mercedes Benz appeared to drive in tandem and the drivers appeared to converse. Records checks revealed the Mercedes Benz was registered to Travis Wald ("Wald"), though he did not appear to be driving it, and that the motorcycle's registration had expired. Due to the expired registration on the motorcycle, a Deputy conducted a traffic stop of the motorcycle.

During the traffic stop, Wald was identified as the driver of the motorcycle through his driver license. The Deputy observed that Wald was wearing a black motorcycle suit, black backpack, and a black laptop bag. The Deputy also observed a bulge in Wald's front right pants pocket and another bulge near Wald's left rib area. The Deputy believed both bulges could conceal a weapon. The Deputy was also aware of Wald's criminal history, which included recent contacts with Wald involving domestic violence and Wald carrying a loaded firearm. As a result, the Deputy conducted a pat down of Wald's person. During the pat down, the Deputy felt an object near Wald's left rib area, which, according to the Deputy's training and experience, led him to believe the object was narcotics. The Deputy removed

the item from Wald's left inner jacket pocket and observed it contained a white crystalline substance consistent with methamphetamine. The Deputy also located a spring-assisted knife in the same jacket pocket. During a further search of Wald's person, the Deputy located a plastic bag in Wald's right front pants pocket, which also contained a white crystalline substance consistent with methamphetamine. A subsequent search of Wald's backpack resulted in locating a digital scale with a brown tar-like residue on it.

Wald was placed under arrest for a violation of California Health & Safety Code Section 11378 (Possession of Controlled Substance for Sales). He was transported to the San Marcos Sheriff's Station and read his *Miranda* rights, which he waived. Wald stated he is a methamphetamine addict and he uses daily. He stated the white crystalline substance in his possession was methamphetamine. He stated he forgot the plastic bag containing methamphetamine was in his motorcycle jacket pocket, and he estimated it weighed approximately six grams. He stated he bought the methamphetamine located in his pants pocket on January 19, 2020, for $100. He stated he believed it weighed approximately one ounce. Wald stated he did not intend to sell the methamphetamine. Wald claimed the motorcycle he was riding belonged to him, and the license plate on the motorcycle was from another motorcycle he owns. He said he put the wrong plate on the motorcycle because the correct plate was stolen. Wald said he did not threaten anyone at the motel and he was not involved in a disturbance. He explained that an employee tried to enter his room while he was sleeping, and he told the employee to leave. He stated he was not aggressive.

Wald was booked into the Vista Detention Facility and bailed out on January 21, 2020. A field test conducted of the white crystalline substances seized from Wald indicated they were methamphetamine. One baggie contained approximately 13.49 grams of methamphetamine and the other contained approximately 30.82 grams of methamphetamine, for a total of 44.31 grams.

Based on my training and experience, along with the quantity and packaging of the methamphetamine, I believe 44.31 grams of methamphetamine is an amount that is intended for distribution.

3