UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>TRAVIS WALD,<br><br>     Defendant. | Case No. **20CR1504-CAB**<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Sec. 841(a)(1) - Possession with Intent to Distribute and Distribution of Methamphetamine; Title 18, U.S.C., Sec. 922(g)(1) - Felon in Possession of Ammunition; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The United States Attorney charges:

### Count 1

On or about October 11, 2019, within the Southern District of California, defendant TRAVIS WALD did knowingly and intentionally distribute 50 grams and more, to wit: approximately 220.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//
//

JSGA:San Diego
6/8/20

## Count 2

On or about January 20, 2020, within the Southern District of California, defendant TRAVIS WALD did knowingly and intentionally possess with intent to distribute 5 grams and more, to wit: approximately 44.31 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 3

On or about January 28, 2020, within the Southern District of California, defendant TRAVIS WALD, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: approximately 696 rounds of assorted ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1, 2, and 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses alleged in Counts 1, 2, and 3 of this information, defendant TRAVIS WALD shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: (1) approximately 696 rounds of assorted

ammunition, (2) .40 caliber pistol with unknown serial number, and (3) two Glock upper receivers and two pistol lower receivers.

Upon conviction of the felony offenses alleged in Counts 1 and 2 of this information, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendant TRAVIS WALD shall forfeit to the United States any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this information. The property to be forfeited includes, but is not limited to: (1) approximately 696 rounds of assorted ammunition, (2) .40 caliber pistol with unknown serial number, and (3) two Glock upper receivers and two pistol lower receivers.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: June 8, 2020.

ROBERT S. BREWER, JR.
United States Attorney

By: _____
JANAKI S. GANDHI
Assistant U.S. Attorney